IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRIMAINE GI'VON MONDAY,                          *

                         Plaintiff,              *

v.                                                   Case No.  5:25-cv-00523-MTT-CHW
                                                 *

MORGAN COUNTY et al,                             *

                         Defendants.             *

_____                  *

## J U D G M E N T

Pursuant to this Court's Order dated April 7, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 7th day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk